ESPOSITO CONCRETE CO., INC. v. REFORM TEMPLE OF
EAST BRUNSWICK.

July 13, 1983.

Petition for certification denied.

ESPOSITO CONCRETE CO., INC. v. REFORM TEMPLE OF
EAST BRUNSWICK.

July 13, 1983.

Cross-petition for certification denied.

DONALD ROUNTREE v. CHRISTOPHER DIETZ.

July 13, 1983.

Petition for certification denied.

JAY BROWN v. CHRISTOPHER DIETZ.

July 13, 1983.

Petition for certification denied.